United States District Court
Southern District of Texas
FILED

APR 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| COLIN KELLY KAUFMAN    APPELLANT | § | CIVIL ACTION NO: B-02-074 |
| V. | | |
| CHARLES B. FELDMAN    APPELLEE | | |

### APPELLEE'S LIST OF INTERESTED PARTIES

Appellee Mike Boudloche ("Plan Trustee") lists the following parties to be financially interested in the Appeal:

1.  CKS Asset Management, Inc., Creditor
    Attorney:   Matthew A. Rosenstein
                420 American Bank Plaza
                Corpus Christi, TX 78475
                Off:   361/883-5577
                Fax:   361/883-5590

                Richard Grant
                3102 Oak Lawn #700
                Dallas, TX 75219
                Off:   214/777-5081
                Fax:   214/777-5082

2.  Parkwell Investments, Inc., Creditor
    Attorney:   Ron Simank
                Schauer & Simank
                615 N. Upper Broadway, Ste. 2000
                Corpus Christi, TX 78476
                Off:   361/884-2800
                Fax:   361/884-2822

3.  Mike Boudloche, Plan Trustee
    Attorney:   Michael B. Schmidt
                712 American Bank Plaza
                Corpus Christi, TX 78475
                Off:   361/884-9949
                Fax:   361/884-6000

4.  Colin Kelly Kaufman, Applicant/former Plan Trustee
    Attorney:   Colin Kaufman
                P. O. Box 1662
                Corpus Christi, TX 78403
                Off:  361/888-8865
                Fax:  361/888-8172

5.  Charles B. Feldman/Charles Feldman Investments, Debtor/Appellee
    Attorney:   James P. Moon
                1401 Elm St., Ste. 3300
                Dallas, TX 75202-2946
                Off:  972/248-5885
                Fax:  972/931-1452

                                    Respectfully submitted:

                                    LAW OFFICES OF MICHAEL B. SCHMIDT

                                    By: _____
                                    Michael B. Schmidt
                                    712 American Bank Plaza
                                    Corpus Christi, Texas 78475
                                    Office: 361/884-9949
                                    Fax:    361/884-6000
                                    E-Mail: mbsatty@swbell.net
                                    TBN: 17775200
                                    ATTORNEY FOR PLAN TRUSTEE, APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Appellee's List of Interested Parties was mailed by first class mail, postage prepaid on this 24 day of April, 2002 to those listed below:

Colin Kaufman
1106 Third Street
Corpus Christi, TX 78404

Charles B. Feldman
Charles Feldman Investments
926 Lantana St.
Harlingen, TX 78550

Mike Boudloche
1508 American Bank Plaza
Corpus Christi, TX 78475

Barbara Kurtz
Office of the US Trustee
606 N. Carancahua, Ste. 1107
Corpus Christi, TX 78476

Nancy Holley
Office of the US Trustee
515 Rusk, Ste. 3516
Houston, TX 77002

Ronald A. Simank
615 North Upper Broadway, Ste. 200
Corpus Christi, TX 78477

James P. Moon
1401 Elm St., Ste. 3300
Dallas, TX 75202-2946

Steven A. Ditto
CKS Asset Management
6116 N. Central Expressway, Ste. 260
Dallas, TX 75206

Matthew Rosenstein
420 American Bank Plaza
Corpus Christi, TX 78475

_____
Michael B. Schmidt