Case 1:02-cv-00074   Document 5   Filed in TXSD on 05/07/2002   Page 1 of 2

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| IN RE: | District Court Civil Case # B-02-074 |
| Charles B. FELDMAN dba | In Bankruptcy Case # 90-01254-B-11 |
| Charles B. Feldman Investments | In Chapter 11 |
| Debtor | |
| Colin Kelly KAUFMAN, Appellant | Appeal No. 02-05 |
| | and |
| vs. | Appeal No. 02-06 |
| CKS ASSET MANAGEMENT, INC. & | |
| Michael BOUDLOCHE, Appellees | |

### APPELLANT'S NOTICE OF FILING OF BALANCE OF HIS
### RECORD ON APPEAL LESS TRANSCRIPTS NOT YET DELIVERED

TO ALL PARTIES IN INTEREST:

Please take notice that, as per a prior conversation with Gwen Jones, on this 1st day of May, 2002, the undersigned Appellant delivered copies of the writings making up the balance of the record on appeal as completed so far (i.e., without the transcripts which have been ordered, but not delivered), numbered R0001 through cerca R3765, to the Clerk, United States Bankruptcy Court, 2nd Floor, United States Courthouse, Corpus Christi, TX. 78401. Copies of the transcripts will be numbered beginning with the next succeeding number and delivered to the clerk when they are completed and delivered to Appellant.

Respectfully Submitted,

_Colin Kelly Kaufman_
Colin Kelly Kaufman, in propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662
Telephone (361) 888-8865
Telecopier (361) 888-8172

<u>Certificate of Service</u>

I certify I had one of the personnel at this law office serve the foregoing writing on the persons shown on the Appeal Service List which follows, by U.S. mail, first class postage prepaid, this 1st day of May, 2002.

*Colin Kelly Kaufman*
Colin Kelly Kaufman

<u>Appeal Service List</u>

| | | | |
|---|---|---|---|
| 1. | Matthew A. Rosenstein, Esq.<br>420 American Bank Plaza<br>Corpus Christi, TX. 78475<br><br>FAX (361) 883-5590 | 2. | Richard Grant, Esq.<br>3102 Oak Lawn #700<br>Dallas, TX. 75219<br><br>FAX (214) 777-5082 |
| 3. | Michael B. Schmidt, Esq.<br>712 American Bank Plaza<br>Corpus Christi, TX. 78475<br><br>FAX (361) 884-6000 | 4. | Ron Simank, Esq.<br>Schauer & Simank, Attys.<br>615 N. Upper Broadway, Ste. 2000<br>Corpus Christi, TX. 78476<br><br>FAX (361) 884-2822 |
| 5. | James P. Moon, Esq.<br>1401 Elm St., Suite 3300<br>Dallas, TX. 75202-2946<br><br>FAX (361) 931-1452 | 6. | Colin Kelly Kaufman<br>P. O. Box 1662<br>Corpus Christi, TX. 78403-1662<br><br>FAX (361) 888-8172 |