United States District Court
Southern District of Texas
FILED

MAY 07 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: | District Court Civil Case # B-02-074 |
| Charles B. FELDMAN dba | In Bankruptcy Case # 90-01254-B-11 |
| Charles B. Feldman Investments | In Chapter 11 |
| Debtor | |
| Colin Kelly KAUFMAN, Appellant | |
| | Appeal No. 02-05 |
| vs. | & |
| | Appeal No. 02-06 |
| CKS ASSET MANAGEMENT, INC. & | |
| Michael BOUDLOCHE, Appellees | |

Font: Korinna

### APPELLANT'S AMENDED NOTICE OF FILING OF BALANCE OF HIS RECORD ON APPEAL LESS TRANSCRIPTS NOT YET DELIVERED

TO ALL PARTIES IN INTEREST:

Please take notice that the undersigned Appellant on May 1, 2002 delivered copies of the documents listed as composing his record on appeal to the Clerk, United States Bankruptcy Court, 2nd Floor, United States Courthouse, I-37 at Shoreline, Corpus Christi, TX. 78401. However, these were delivered in "electronic filing format" (i.e., without tabs and dividers), and as per another conversation with Gwen Jones after said delivery, Appellant has now refiled the copies of the documents listed as composing the record on appeal in the normal format, tabbed and divided as well as numbered. Transcripts will be added and filed when they are done and delivered to Appellant.

Respectfully Submitted,

_Colin Kelly Kaufman_
Colin Kelly Kaufman, in propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662

Telephone (361) 888-8865
Telecopier (361) 888-8172

## Certificate of Service

I certify I had one of the personnel at this law office serve the foregoing writing on those shown in the following service list by U.S. mail, first class postage prepaid, this 6th day of May, 2002.

_Colin Kelly Kaufman_
Colin Kelly Kaufman

## Appeal Service List

1.  Matthew A. Rosenstein, Esq.
    420 American Bk. Plaza
    Corpus Christi, TX. 78475

    FAX (361) 883-5590

2.  Richard Grant, Esq.
    3102 Oak Lawn #700
    Dallas, TX. 75219

    FAX (214) 777-5082

3.  Michael B. Schmidt, Esq.
    712 American Bk. Plaza
    Corpus Christi, TX. 78475

    FAX (361) 884-6000

4.  Ron Simank, Esq.
    Schauer & Simank, Attys.
    615 N. Upper Broadway Ste. 2000
    Corpus Christi, TX. 78476

    FAX (361) 884-2822

5.  James P. Moon, Esq.
    1401 Elm St., Suite 3300
    Dallas, TX. 75202-2946

    FAX (214) 931-1452

6.  Colin Kelly Kaufman, Esq.
    P. O. Box 1662
    Corpus Christi, TX. 78403-1662

    FAX (361) 888-8172