C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JUN 0 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: | District Court Civil Case # B-02-074 |
| Charles B. FELDMAN dba | In Bankruptcy Case # 90-01254-B-11 |
| Charles B. Feldman Investments | In Chapter 11 |
| Debtor | |
| Colin Kelly KAUFMAN, Appellant | Appeal No. 02-05 |
| | and |
| vs. | Appeal No. 02-06 |
| | |
| CKS ASSET MANAGEMENT, INC. & | |
| Michael BOUDLOCHE, Appellees | |

### APPELLANT'S NOTICE OF FILING OF TRANSCRIPTS
### AS BALANCE OF HIS RECORD ON APPEAL

TO ALL PARTIES IN INTEREST:

Please take notice that, as per a prior conversation with Gwen Jones, on this 20th day of May, 2002, the undersigned Appellant delivered copies of the transcripts of the hearings on June 22, 2001, June 26, 2001, June 27, 2001, September 12, 2001, and February 22, 2002, making up the balance of the record on appeal, numbered R3770 through R4287, to the Clerk, United States Bankruptcy Court, 2nd Floor, United States Courthouse, Corpus Christi, TX. 78401. Copies of the transcripts were indexed and numbered, beginning with the next succeeding number in the record, before being delivered to the clerk for use to supplement the record.

Respectfully Submitted,

_____
Colin Kelly Kaufman, In propria personam
State Bar of Texas # 11113000
So. Dist. Federal ID # 9242

Colin Kelly Kaufman, Attorney at Law
1106 Third St. 78404-2312
P. O. Box 1662
Corpus Christi, TX. 78403-1662
Telephone (361) 888-8865
Telecopier (361) 888-8172

## Certificate of Service

I certify I had one of the personnel at this law office serve the foregoing writing on the persons shown on the Appeal Service List which follows, by U.S. mail, first class postage prepaid, this 20th day of May, 2002.

*Colin Kelly Kaufman*
Colin Kelly Kaufman

### Appeal Service List

1.  Matthew A. Rosenstein, Esq.
    420 American Bank Plaza
    Corpus Christi, TX. 78475

    FAX (361) 883-5590

2.  Richard Grant, Esq.
    3102 Oak Lawn #700
    Dallas, TX. 75219

    FAX (214) 777-5082

3.  Michael B. Schmidt, Esq.
    712 American Bank Plaza
    Corpus Christi, TX. 78475

    FAX (361) 884-6000

4.  Ron Simank, Esq.
    Schauer & Simank, Attys.
    615 N. Upper Broadway, Ste. 2000
    Corpus Christi, TX. 78476

    FAX (361) 884-2822

5.  James P. Moon, Esq.
    6001 Summerside Dr., Ste. 200
    Dallas, TX. 75252

    FAX (361) 931-1452

6.  Colin Kelly Kaufman
    P. O. Box 1662
    Corpus Christi, TX. 78403-1662

    FAX (361) 888-8172