United States District Court
Southern District of Texas
Entered

JUL 3 0 2002

Michael N. Milby
BY: Clerk of Court

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Charles Feldman §
§
versus §     CIVIL ACTION NO. B-02-74
§
Mike Boukdache, Trustee §
§

## ORDER STRIKING DOCUMENT #10

The Clerk has filed your *Motion F/Continuance* however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ☐ Document is not signed (L.R. 11.3).

2. ☐ Document does not comply with L.R.11.3.A.

3. ☐ Caption of the document is incomplete (L.R.10.1).

4. ☐ No certificate of service or explanation why service is not required (L.R. 5.4).

5. ☐ Motion does not comply with L.R.7.

     a. ☐ No statement of opposition or non-opposition (L.R.7.2).

     b. ☐ No statement of conference between counsel (L.R. 7.1.D(1)).

     c. ☐ No separate proposed order attached (L.R. 7.1.C).

6. ☐ Motion to consolidate does not comply with L.R.7.6.

7. ☐ Document does not comply with L.R. 83.2.

8. ☑ Other: No Federal I.D. For Mr. Schmidt Also Both Cases Listed on the Same Pleading. Cases Are Not Consolidated.

The document is stricken from the record.

Date: 7/29/02

UNITED STATES DISTRICT JUDGE