UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2002

Michael N. Milby
Clerk of Court

IN RE:
CHARLES B. FELDMAN D/B/A               CASE NO. B-02-074
CHARLES FELDMAN INVESTMENTS

## TRUSTEE'S REPLY TO APPELLANT'S RESPONSE
## TO MOTION OF TRUSTEE FOR CONTINUANCE

MIKE BOUDLOCHE, Plan Trustee (" Trustee") hereby files his Reply to the Appellant's Response to the Trustee's Motion for Continuance and would respectfully respond as follows:

1.  Both the Trustee and his counsel will be attending the Annual Convention of the National Association of Bankruptcy Trustee which runs from August 21 through Sunday, August 25, 2002 (see attached). The Trustee and his counsel will be driving to Vail, Colorado for this seminar. The Trustee and his counsel will begin driving back to Corpus Christi on August 25 and it takes two days to drive from Vail to Corpus. No vacation is being taken after the seminar as Appellant contends. The vacation will be from August 16 to August 20. Rather, these days are required to travel. The Trustee and his counsel will miss the last two days of the seminar and leave on August 24 in the event this continuance is not granted. If the Trustee and his counsel leave the seminar early, they will lose continuing accounting and legal education credits respectively, which they have paid for. Both the Trustee and his counsel would prefer to attend the full seminar so as to maximize the educational credits and are only requesting a few days continuance.

2.   No response is necessary.

3.   While the Trustee does not dispute the importance of this hearing to Appellant, a few days will not make any significant difference. The other matters affecting Appellant are already in process and have their own timetables, irrespective of this appeal or this hearing.

4A.  The Trustee disputes Appellant's argument that his request to introduce Judge Kazen's record is the same as seeking a continuance. This is flawed. A continuance is an administrative matter, while the introduction of matters outside the record is substantive. A District Court like all appellate courts decide the issues on appeal based on the record established below. Judge Kazen's record is not a part of the record established below.

4B.  The Trustee denies that he is represented by CKS Asset Management, denies that he is a party to any grievance proceeding against Appellant and denies that he or this Estate stands to gain from any disciplinary proceeding against Appellant. In fact the Trustee believes Appellant would be in a better position to repay the amounts owed to this Estate, if he keeps his law license. The Trustee is not a party to any grievance proceeding against Appellant.

4C.  The issue is not that the proceeding before Judge Kazen is related. The record regarding the propriety of Appellant's fee in the Park Pontiac bankruptcy case determined on appeal by Judge Janis Jack might be related, but it is not part of the record in this appeal. Neither is Judge Kazen's record.

4D.  The Trustee disputes that there has been a waiver of his objection to taking judicial notice of Judge Kazen's record. The Trustee's Objection was timely filed and the issue joined.

Wherefore Mike Boudloche, Trustee prays that this Court grant the Trustee's Appellant's Motion for Continuance, and such other and further relief to which he may be entitled.

Respectfully submitted,

Law Offices of Michael B. Schmidt

_____
Michael B. Schmidt
SBN 17775200  FBN 10260
712 American Bank Plaza
Corpus Christi, TX 78475
361.884.9949
361.884.6000 Fax

Attorney for Mike Boudloche, Trustee

### Certificate of Service

I certify that the foregoing document was served on the person listed on the attached list and to Colin Kaufman P.O. Box 1662, Corpus Christi, TX 78403, by US mail, first class, postage prepaid on this 13th day of August, 2002.

_____
Michael B. Schmidt

1. Matthew A. Rosenstein, Esq.
   420 American Bank Plaza
   Corpus Christi, TX 78475

   FAX (361)883-5590

2. Richard Grant, Esq.
   3102 Oak Lawn #700
   Dallas, TX 75219

   FAX (214)777-5082

3. Michael B. Schmidt, Esq.
   712 American Bank Plaza
   Corpus Christi, TX 78475

   FAX (361)884-6000

4. Ron Simank, Esq.
   Schauer & Simank, Attys.
   615 N. Upper Broadway, Ste.2000
   Corpus Christi, TX 78476

   FAX (361)884-2822

5. James P. Moon, Esq.
   6001 Summerside Dr., Ste. 200
   Dallas, TX 75252

   FAX (361)931-1452

6. Colin Kelly Kaufman
   P. O. Box 1662
   Corpus Christi, TX 78403-1662

   FAX (361)888-8172

# Annual Convention of National Association of Bankruptcy Trustees

# NABT





Vail Cascades Resort
Vail, Colorado

August 21-25, 2002




## NABT TWENTY YEAR ANNIVERSARY CONVENTION