

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| IN RE: CHARLES B. FELDMAN D/B/A | § | CIVIL ACTION NO. B-02-074 |
| CHARLES FELDMAN INVESTMENTS | § | |

## ORDER

BE IT REMEMBERED that on August 16, 2002, the Court **GRANTED** Trustee's Amended Motion For Continuance [Dkt. No. 14]. The Initial Pretrial Conference is scheduled for September 10, 2002, at 3:00 p.m.

DONE in Brownsville, this 16th day of August 2002.

Hilda G. Tagle
United States District Court